UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED IN OPEN COURT
2/14/08 KJK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. **CR 08-23-SLR** |
| **CLARENCE MITHCELL** | ) |
| Defendant. | ) |

# O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **FEBRUARY 14, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until March 08, 2008. The time between the date of this order and March 25, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney