# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

May 1, 2008

Eleni Kousoulis, Esquire
First Federal Plaza
Suite 110
704 King Street
Wilmington, DE  19801

**Re:  United States v. Mitchell, Crim. No. 08-023-SLR**

Ms. Kousoulis:

  Enclosed is a copy of a filing sent by your client to Judge Robinson.  The filing will not be docketed by the Clerk's Office nor forwarded to the United States Attorney's Office.  Kindly advise your client that the court will not in the future review any correspondence from him so long as he is represented by counsel, unless the correspondence is forwarded to the court through counsel.

  Thank you for your cooperation.

Sincerely,

Maria G. Alvino
Attorney/Office Manager

w/ enclosure
w/o enclosure:  Clerk of Court