**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*      *(302) 573-6277*
*1007 Orange Street, Suite 700*      *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

May 6, 2008

**VIA ECF**

The Honorable Sue L. Robinson
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      **Re:**    **United States v. Clarence Mitchell**
              **Criminal Action No. 08-23-SLR**

Dear Judge Robinson:

      I have reviewed the Defendant's Pre-Trial Motion to Suppress Evidence and Statements (D.I. 17), filed on April 30, 2008. The motion concerns whether or not the search warrant that issued for 3411 N. Franklin Place was supported by probable cause. I have conferred with the defendant's counsel, Ms. Eleni Kousoulis, Esquire, and we believe that the defendant's motion may be resolved without the need for an evidentiary hearing. Accordingly, the Government respectfully requests that the Court schedule a status conference to set a briefing schedule.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

                      BY:    Shawn A. Weede
                              Shawn A. Weede
                              Assistant United States Attorney

cc:    Eleni Kousoulis, Esq.