CR 08-23 (SLR) APRIL 28, 2008

U.S. DISTRICT COURT
CLERK
US Cthse 844 KING ST. #18
WILMINGTON, DE 19801



FILED

APR 30 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

TO WHOM IT MAY CONCERN:

I AM ADDRESSING THIS PRESENT LETTER WITH THE HOPE TO OBTAIN MY FEDERAL DOCKET SHEET.

IT IS MY HOPE THAT YOU COULD SEND THE DOCKET SHEET AS YOUR TIME SEE'S FIT, AND YOUR COOPERATION WILL BE GREATLY APPRECIATED.

THANK YOU

CLARENCE MITCHELL

CRIMINAL Action No. 08-23



LAWENCE MITCHELL
SALEM County Correctional
23 Cemetary ROAD
WOODSTOWN, NJ 08098

U.S. DISTRICT Court
CLERKS OFFICE
U.S. COURSE 844 KING ST #18
WILMINGTON, DE 19801