IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　) 　Crim. No. 08-023-SLR<br>　　　　　　　　　　　　　　　　)<br>CLARENCE MITCHELL,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　　) | |

### O R D E R

At Wilmington this _____ day of May, 2008, having conferred with counsel;

IT IS ORDERED that briefing on defendant's motion to suppress shall proceed as follows:

1. Plaintiff's brief is due on or before **June 3, 2008.**

2. Defendant's brief is due on or before **June 17, 2008.**

3. Plaintiff's reply brief is due on **June 24, 2008.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge