IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-23-SLR |
| ) | |
| CLARENCE MITCHELL, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Special Assistant United States Attorney Geoffrey G. Grivner as lead counsel of record on behalf of plaintiff, United States of America, in the above-captioned case.

                                              COLM F. CONNOLLY
                                              United States Attorney

                           By: _____
                                     Geoffrey G. Grivner
                                     Special Assistant United States Attorney
                                     geoffrey.grivner@usdoj.gov

Dated: July 22, 2008