IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 08-23-SLR |
| CLARENCE MITCHELL, | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 18th day of August, 2008;

IT IS ORDERED that a telephonic status conference is scheduled for **Wednesday, August 27, 2008 at 2:00 p.m.**, with the court initiating said call.

_____
United States District Judge