IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-023-SLR |
| | ) |
| CLARENCE MITCHELL, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 28th day of August, 2008, having conferred with counsel;

IT IS ORDERED that a status conference is scheduled for **Wednesday, September 3, 2008** at **4:30 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge